# United States Court of Appeals
## For the First Circuit

No. 02-1369



PORTLAND NATURAL GAS TRANSMISSION SYSTEM;
MARITIMES & NORTHEAST PIPELINE, L.L.C.,

Plaintiffs, Appellants,

v.

19.2 ACRES OF LAND, MORE OR LESS, IN HAVERHILL, MA;
11.36 ACRES OF LAND, MORE OR LESS, IN HAVERHILL, MA;
9.92 ACRES OF LAND, MORE OR LESS, IN HAVERHILL, MA;
WBC EXTRUSION PRODUCTS, INC.;
FLEET BANK OF MASSACHUSETTS, N.A.,

Defendants, Appellees.

**JUDGMENT**

Entered: January 31, 2003

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts, and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The decision of the district court determining just compensation is affirmed. Costs are granted to appellee.

By The Court:

Richard Cushing Donovan, Clerk

FEB 2 5 2003

[cc: Mr. Finnigan and Mr. Masterman]